J. GEORGE PFLEGER and RALPH L. MERRILL, Individually and as Executors, etc., of CHARLES C. BUSSEY, Deceased, Appellants, v. RUFUS L. MACDUFFIE and Others, Defendants, and SAMUEL E. DARBY, SAMUEL E. DARBY, JR., and WALTER A. DARBY, Respondents.— In an action for judgment declaratory of the rights of the plaintiffs, the representatives of the settlor of an alleged trust, order denying plaintiffs' motion for the immediate payment to plaintiffs by defendants Darby, or one or more of them, of the sum of $1,920, and directing that the said sum be deposited by defendant Samuel E. Darby with the chamberlain of the city of New York to the credit of this action, to be held by the chamberlain subject to the further order of the court, affirmed, with ten dollars costs and disbursements to the respondents. No opinion. Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLARENCE H. MACKAY, Respondent, v. LEWIS S. PARSONS and Others, Together Constituting the Board of Assessors and Board of Review of Taxation in the Town of East Hampton, Suffolk County, Appellants. Review of Assessment for 1933 for Taxes Payable in 1934.— Final order in certiorari proceedings confirming the report of the referee containing findings and based on new findings made by the court at Special Term, correcting and reducing the assessment on the relator's property in the town of East Hampton, Suffolk county, from $400,000 to $200,000, and directing that the relator recover the amount of taxes paid on the over-assessment and costs, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ.

E. RABINOWE & Co., INC., Appellant, v. MAURICE H. SCHNEIDER and Others, Respondents.— In an action to declare certain transactions void as in fraud of creditors, judgment dismissing the complaint on the merits unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Johnston and Adel, JJ.